


UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| DANNY SOWELLS | CIVIL ACTION NO. 2:12-CV-0086 |
| VS. | JUDGE PATRICIA MINALDI |
| MICHAEL J. ASTRUE,<br>COMISSIONER OF SOCIAL<br>SECURITY | MAGISTRATE JUDGE KATHLEEN KAY |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation [Doc. 14] of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly,

**IT IS ORDERED** that the Commissioner's Motion to Remand be **GRANTED** and the decision be **VACATED** and the matter **REMANDED** pursuant to the fourth sentence of 42 U.S.C. § 405(g).

Lake Charles, Louisiana, on this _5_ day of _June_, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE